# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | GARY FEINERMAN | Sitting Judge if Other than Assigned Judge | ` |
|---|---|---|---|
| **CASE NUMBER** | 12 C 7174 | **DATE** | 1-28-2013 |
| **CASE TITLE** | U.S. ex rel. United States ex rel. Irving Ramey (#B-00964) vs. Marcus Hardy | | |

**DOCKET ENTRY TEXT:**

Petitioner's motion to stay proceedings and hold federal habeas corpus in abeyance [3] is granted. The case is stayed pending the disposition of ongoing state court post-conviction proceedings. Respondent need only enter an appearance at this time; no response to the petition is required at this time. Petitioner shall file a status report by 3/1/2013 regarding the state post-conviction proceedings.

■ [**For further details see text below.**]    Docketing to mail notices.

## STATEMENT

Irving Ramey, an Illinois state prisoner, has filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the statutory filing fee, as directed by the 9/13/2012 order. Although the petition appears to be timely, Petitioner concedes that he has exhausted state court remedies as to only two of the claims raised in his habeas petition. He requests that this case be held in abeyance pending resolution of a successive post-conviction petition now pending in state court. Petitioner filed his federal habeas petition now to preserve his right to federal review of his conviction, and he intends to amend once the state court proceedings have concluded. The motion is granted. This case is stayed pending disposition of the ongoing post-conviction proceedings. Petitioner shall directed to file a status report by January 1, 2013, notifying the Court as to the posture of the state court case.

Respondent need only enter an appearance at this time. Respondent will be directed to answer the petition (or amended petition]) or otherwise plead after the stay has been lifted. This preliminary order does not, of course, preclude the State from making whatever waiver, exhaustion or timeliness arguments it may wish to present in the future.

Petitioner is instructed to file all future papers concerning this action with the Clerk of Court in care of the Prisoner Correspondent. Petitioner must provide the Court with the original plus a judge's copy (including a complete copy of any exhibits) of every document filed. In addition, Petitioner must send an exact copy of any
**(CONTINUED)**

mjm

| STATEMENT (continued) |
|---|
| court filing to the Chief, Criminal Appeals Division, Attorney General's Office, 100 West Randolph Street, 12th Floor, Chicago, Illinois 60601. Every document filed by Petitioner must include a certificate of service stating to whom exact copies were sent and the date of mailing. Any paper that is sent directly to the judge or that otherwise fails to comply with these instructions may be disregarded. |